# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00057-MR

| | | |
|---|---|---|
| CHARLES BYERS, | ) | |
|       Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) | |
| | ) | |
|       Defendant. | ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for the admission of attorney K. Cody Allison as counsel *pro hac vice*. [Doc. 2]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's motion [Doc. 2] is **ALLOWED**, and K. Cody Allison is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 17, 2016

Martin Reidinger
United States District Judge