IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00057-MR

| | |
|---|---|
| CHARLES BYERS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HARTFORD LIFE and ACCIDENT ) <br> INSURANCE CO. ) <br> a/k/a THE HARTFORD, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's motion for the admission of attorney Kimberly Ann Jones as counsel *pro hac vice*. [Doc. 7]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 7] is **ALLOWED**, and Kimberly Ann Jones is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 11, 2016

Martin Reidinger
United States District Judge